IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON HOSPITAL OPCO, LLC- - d/b/a CAREPOINT HEALTH- - CHRIST HOSPITAL, IJKG, LLC., IJKG PROPCO LLC AND IJKG OPCO LLC d/b/a CAREPOINT HEALTH- BAYONNE MEDICAL CENTER and HUMC OPCO LLC d/b/a CAREPOINT HEALTH- HOBOKEN UNIVERSITY MEDICAL CENTER, <br><br> *Plaintiffs* <br> v. <br><br> HORIZON HEALTHCARE SERVICES, INC., D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC. <br><br> *Defendants* | CIVIL ACTION <br> No: 2:16-cv-05922-jmc-jbc <br><br> **STIPULATION OF DISMISSAL** <br> ***WITH PREJUDICE*** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs, Hudson Hospital OPCO, LLC – d/b/a CarePoint Health, Christ Hospital, IJKG, LLC, IJKG Propco LLC and IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center, and HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center, that the above civil action is hereby dismissed *with prejudice* against Defendant, Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), and without the payment of Court costs or attorneys' fees by either party to the other.

| | |
|---|---|
| **K&L GATES, LLP** <br> By:_____ <br> Anthony P. LaRocco, Esquire <br> George P. Barbatsuly, Esquire <br> One Newark Center, 10th Floor <br> Newark, New Jersey 07102 <br> Phone- (973) 848-4104 <br> Fax- (973) 556-1584 <br> *Attorneys for Plaintiffs* | **WHITE AND WILLIAMS LLP** <br> By:_____ <br> Michael O. Kassak, Esquire <br> Andrew I. Hamelsky, Esq. <br> Luke A. Repici, Esquire <br> The Legal Center, One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 230 <br> Newark, New Jersey 07102-5425 <br> Phone: (201) 368-7200 <br> Fax: (201) 368-7200 <br> *Attorneys for Defendant* |