IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON HOSPITAL OPCO, LLC- - d/b/a CAREPOINT HEALTH- - CHRIST HOSPITAL, IJKG, LLC., IJKG PROPCO LLC AND IJKG OPCO LLC d/b/a CAREPOINT HEALTH- BAYONNE MEDICAL CENTER and HUMC OPCO LLC d/b/a CAREPOINT HEALTH- HOBOKEN UNIVERSITY MEDICAL CENTER, <br><br> *Plaintiffs* <br><br> v. <br><br> HORIZON HEALTHCARE SERVICES, INC., D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC. <br><br> *Defendants* | CIVIL ACTION <br> No: 2:16-cv-05922-jmc-jbc <br><br><br> STIPULATION OF DISMISSAL <br> *WITH PREJUDICE* |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs, Hudson Hospital OPCO, LLC – d/b/a CarePoint Health, Christ Hospital, IJKG, LLC, IJKG Propco LLC and IJKG Opco LLC d/b/a CarePoint Health - Bayonne Medical Center, and HUMC Opco LLC d/b/a CarePoint Health - Hoboken University Medical Center, that the above civil action is hereby dismissed *with prejudice* against Defendant, Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), and without the payment of Court costs or attorneys' fees by either party to the other.

**K&L GATES, LLP**
By: _____
Anthony P. LaRocco, Esquire
George P. Barbatsuly, Esquire
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone- (973) 848-4104
Fax- (973) 556-1584
*Attorneys for Plaintiffs*

**WHITE AND WILLIAMS LLP**
By: _____
Michael O. Kassak, Esquire
Andrew I. Hamelsky, Esq.
Luke A. Repici, Esquire
The Legal Center, One Riverfront Plaza
1037 Raymond Blvd., Suite 230
Newark, New Jersey 07102-5425
Phone: (201) 368-7200
Fax: (201) 368-7200
*Attorneys for Defendant*

**So Ordered:**

_____   9/12/2017
Judge John Michael Vazquez, U.S.D.J.   Date